UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAR-EICHENWALD,<br><br>                              Plaintiff,<br><br>       -against-<br><br>COMMUNITY MEDICAL AND DENTAL CARE, INC., et al.,<br><br>                              Defendant(s). | 26-CV-1568 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On March 31, 2026, Defendant Chama Amsel filed a Motion to Dismiss the Complaint in this action. ECF No. 9. On April 20, 2026—presumably pursuant to Federal Rule of Civil Procedure 15(a)(1)(B)—Plaintiff filed an Amended Complaint. ECF No. 18. Per the Court's Individual Rules, Plaintiff was required to file her Amended Complaint "with a redline showing all differences between the original and revised filing." Individual Rules and Practices in Civil Cases 1(e). Accordingly, by **April 24, 2026**, Plaintiff is directed to file her redline. Within 21 days of such filing, Defendant Amsel is directed to "(1) file an answer; (2) file a new motion to dismiss; or (3) file a letter stating that it relies on the initially filed motion to dismiss." Individual Rules and Practices in Civil Cases 4(e).

Dated:  April 22, 2026
        White Plains, New York

SO ORDERED.

Jessica Clarke
_____
JESSICA G. L. CLARKE
United States District Judge