

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

May 13, 2026

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**VIA ECF**



Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
300 Quarropas St. Room 320
White Plains, NY 10601

Re:    Johanna Amar-Eichenwald v. Community Medical and Dental Care, Inc. et al.
       Civil Action No.: 7:26-cv-01568-JGLC

Dear Judge Clarke:

We represent Defendants Community Medical and Dental Care Inc., Mendel Hoffman, and Chana Amsel (collectively "Defendants") in the above-referenced matter. We write to request a 30-day extension of time to respond to Plaintiff's Amended Complaint from May 13, 2026 to June 13, 2026.  We are requesting that the time to respond on behalf of Chana Amsel also be extended to June 13, 2026.

This is the Defendants' second request for an extension of time to respond, and the requested extension does not affect any remaining deadlines. The reason for this request is the parties are discussing the dismissal of this action to move the matter the arbitration. The parties are in the process of agreeing on an arbitration service and are requesting the time to reach an agreement. Plaintiff's counsel consents to this request.

Thank you in advance for your consideration of this request.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

NEW YORK                NEW JERSEY                CONNECTICUT                CALIFORNIA

11961361

cc:     All counsel of record (Via ECF)

Application GRANTED. Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint is HEREBY EXTENDED to June 13, 2026. The Court also denies as moot Defendant's motion to dismiss the complaint at ECF No. 9. The Clerk of Court is directed to terminate ECF Nos. 21 and 9.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 14, 2026
        White Plains, New York

KAUFMAN BORGEEST & RYAN LLP

11961361